UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENOC RIVERA, *individually and on behalf of others similarly situated*,<br><br>                  Plaintiff,<br><br>              -v.-<br><br>MIDTOWN CATCH CORP., *d/b/a Midtown Catch*, MICHAEL CIOFFI, and JOSEPH POLIZZI,<br><br>                  Defendants. | 19 Civ. 2574 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

      The pretrial conference currently scheduled for May 12, 2020, at 4:00 p.m. shall be held telephonically. The dial-in information is as follows: At 4:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533.

Please note, the conference will not be available prior to 4:00 p.m.

      SO ORDERED.

Dated:    May 8, 2020
             New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge