# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____
kjohnson@faillacelaw.com

> The requested extension of time until **September 3, 2020** to file the settlement fairness submissions is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 42.
>
> SO ORDERED          8/28/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**BY ECF**

Honorable Sarah L. Cave
United States District Magistrate
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **Rivera et al v. Midtown Catch Corp.**
     **19-cv-02574-KPF**

**SECOND LETTER REQUEST FOR ADJOURNMENT (FAIRNESS MTN)**

Dear Judge Cave:

I am an attorney for Plaintiff in the above-referenced matter.

On August 13, 2020, the Court granted Plaintiff's request for an extension of time to file a joint motion for approval of the settlement agreement by the Court. (Dkt. No.: 41). Since that time, the Parties have agreed to the terms of a written agreement. The same has been executed by Plaintiff and sent to defense counsel for Defendants' signatures. After speaking with defense counsel today, the Parties jointly request a brief adjournment of seven (7) days for the Defendant to execute. All Parties consent to the aforesaid adjournment.

I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Kevin S. Johnson, Esq.*
Kevin S. Johnson, Esq.

**cc:  (By ECF/email)**
Mitchell Segal, Esq.