# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

kjohnson@faillacelaw.com

September 11, 2020

**BY ECF**

Honorable Sarah L. Cave  
United States District Magistrate  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

           Re:    <u>Rivera et al v. Midtown Catch Corp.</u>  
                   <u>19-cv-02574-KPF</u>

Dear Judge Cave:

    I am an attorney for Plaintiff in the above-referenced matter and write, jointly with Defendants, through counsel, pursuant to the previous filing, here is the supplemental filing, with the remaining Defendants' signatures for a fully executed settlement agreement attached as Exhibit A.

    Thank you for your consideration in this matter.

                                                             Respectfully Submitted,

                                                              /s/ Kevin S. Johnson, Esq.  
                                                              Kevin S. Johnson, Esq.

**cc: (By ECF)**  
Mitchell Segal, Esq.